Philip J. Broderick, appellee, v. George Simlesa and Pauline Simlesa, appellants. Gen. No. 33,793.

Opinion filed January 27, 1930.
Irene M. Lefkow, for appellants. Danaher & Garriott, for appellee; James J. Danaher, of counsel.
Mr. Justice Matchett delivered the opinion of the court.